In the Matter of the Arbitration between SLOIMA SNAIDER, Respondent, and MANO HOFFNER FUR CORPORATION, Appellant.

Argued February 28, 1946; decided April 18, 1946.

*Leon M. Labes* and *Samuel I. Hartman* for appellant.
*Morton G. Rosenberg* and *Sidney S. Bobbé* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. MEDALIE, J., deceased.